IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:   RICKEY LEE TATE and SHARON SUE TATE,      CASE NO. 4:07-bk-15329-T
Debtors                                                       Chapter 7

## UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE AND DIRECT APPOINTMENT OF SUCCESSOR TRUSTEE

Comes the Acting United States Trustee for Region 13 by the undersigned counsel, and for his Motion to Reopen Case and Direct Appointment of a Successor Trustee (the "motion"), respectfully states and alleges:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1334, 157(a) and Local Rule 83.1 of the District Court.

2. This case was commenced with the filing of a voluntary petition under Chapter 13 of the Bankruptcy Code on September 26, 2007. The case subsequently converted to a Chapter 7 on April 1, 2010. M. Randy Rice was the duly qualified and acting trustee in this case.

3. The case was closed by the Court on July 28, 2010.

4. Following closing of the case and discharge of the trustee, the Acting United States Trustee was advised by request of the law firm of Milestone representing the debtor, Sharon Sue Tate, to reopen this case to administer an unscheduled, undisclosed confidential mass tort claim settlement. The Acting United States Trustee believes the circumstances warrant the reopening of this case and, further, that it would be in the best interest of the estate to direct the Acting United States Trustee to appoint a successor trustee to ensure efficient administration of the case.

5. The Acting United States Trustee seeks to reopen the case and appoint a successor trustee to ensure efficient administration of the case. *See* 11 U.S.C. § 350(b).

6.	In a chapter 7, 12, or 13 case, a trustee shall not be appointed by the United States Trustee unless the Court determines that a trustee is necessary to protect the interests of creditors and the debtor to ensure efficient administration of the case. Fed. Bankr. R. Pro. 5010.

WHEREFORE, the Acting United States Trustee prays this Court enter its Order reopening the case and directing appointment of a successor trustee, and for all other relief which is just and proper.

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE
REGION 13 (ARKANSAS, NEBRASKA, and MISSOURI)

By:	/s/ Joseph A. DiPietro

Joseph A. DiPietro, Bar No. 98004
Trial Attorney
Office of United States Trustee
200 West Capitol Avenue, Suite 1200
Little Rock, AR 72201-3618
Telephone: (501) 324-7357
Email: Joseph.A.DiPietro@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that a copy of the foregoing pleading will be mailed by regular, first class, U.S. Mail, postage fully prepaid, to the following parties of record not receiving electronic notice on February 12, 2026:

Rickey Lee Tate
Sharon Sue Tate
207 Roundabout Circle
Searcy, AR 72143

Greg Niblock
Niblock & Associates
1923 Beebe Caps Expressway
Searcy, AR 72143

M. Randy Rice
Chapter 7 Panel Trustee
124 W. Capitol, Suite 1850
Little Rock, AR 72201

/s/ Joseph A. DiPietro
Joseph A. DiPietro